EXHIBITS "A" THROUGH "E"

TO BE FURNISHED UPON REQUEST