Want More Clients? - We'll make it happen. Affordable online visibility experts for Solos. | Read More »



# Vik Devani

Vice President at HealtheTime.com

Greater New York City Area Health, Wellness and Fitness

Education City University of New York-Baruch College - Zicklin School of Business

Send Vik InMail

500+ connections

Contact Info

www.linkedin.com/pub/vik-devani/28/390/113

## Background

### Experience

**Vice President**

HealtheTime.com

June 2008 – Present (5 years 8 months)

To help all achieve and maintain a homeostatic relation with their mind, body, and soul.

### Education

**City University of New York-Baruch College - Zicklin School of Business**

BBA, Finance

2004 – 2008

**Queen's College**

### Additional Info

**Interests**

To help all set themselves on the path towards optimal health - Yoga, Herbal Medicine, Ayurveda, Vitamins, Supplements, Minerals - Spirituality, Mind & Body Harmony

### Organizations

**Additional Organizations**

Natural Products Association

**People Similar to Vik**



Phillip Roberts
at Columbus Community Hospital, Inc.
Connect

**Ads You May Be Interested In**



Master of Laws Degree
Earn a Master of Laws in One of Five Concentrations including Bankruptcy.

Attorney Needed ASAP
Crucial need for local attorney in your area. View new cases today.



Lawyers Are StoryTellers
Trial Lawyers College Presents: Discovering the Story - Feb 27th in Georgia

Arvind Jagarnath
Associate, Mergers and Acquisitions at J.P. Morgan

Vsu Uppin
health education officer at Health Education Solutions



Reeta Dai
Health Education Officer at MOHFW

Tiffany Richards, MPH, CHES
Health Educator II at Kaiser Permanente



Monique Burgess
Co-Founder at 8 Count Fragrances



Chef Marshall O'Brien
Nutrition on a Mission - Ask Us How - The Chef Marshall O'Brien Group

Christopher Y. Yeung
Associate - Deutsche Bank Asset & Wealth Management



Avril Coakley
Allied Healthcare Professional - Fitness Enthusiast



Anna Cangano
Founder & President of Au Naturel Health & Beauty

Thomas Ahern
SVP and CFO at Arch Insurance Group

XING



## Vik Devani

**Finance**
**Baruch College** NY, United States of America
Student

## Contact details

### Business

Address NY
United States of America

## Haves

The ability to communicate , an eagerness to excel , and hardworking. A thorough knowledge of MS Office. Intermediate experience in using Bloomberg , Reuters , and Excel modeling.

## Wants

To become a consummate businessman
, and to use my wealth as a source for philanthropic activities. To pass all three levels of the CFA charter. I recently took Level 1.

## Professional experience

09/2005 - 12/2008

**Assistant Manager**

**Quantum Leap Natural Food Market**

12/2007 - 05/2008

**Intern/Equity Derivatives Product Control**

**Wachovia**

08/2007 - 11/2007

**Intern/Accounting Policy Group**

**Deutsche Bank**

06/2006 - 12/2006

**Intern/Wealth Management**

**UBS**

Teller

**Astoria Federal Savings Bank**

07/2004 - 09/2004

**Intern/Marketing**

**JPMorgan Chase**

## Educational background

**Baruch College**

**Finance, BBA**

## Languages

**English**

## Interests

Reading a variety of books , but I prefer non-fiction. Playing and watching tennis and basketball

## Personal information

XING member since / Profile hits
**04 July, 2009 / 202**

Have an account? Sign in

Tweets
Following
Followers
Favorites
Lists



# Vik Devani
@vikdevani

## Follow Vik Devani

Full name
Email
Password
**Sign up**

| TWEETS | FOLLOWING | FOLLOWERS |
|---|---|---|
| 37 | 43 | 19 |

## Worldwide Trends · Change

#GerçeklerZamanlaAnlaşılır
#TwitterYokken
#TuCaraMeSuena12
#AskMRJ
#SMHVRLileTakib
BaşbakanÜlkemizi HainlerdenTemizliyor
Colonel Meow
Nembo Kid
Rihanna Slays Your Faves
Ulum

## Tweets

Retweeted by Vik Devani
**CNNMoney.com** @CNNMoney · 21 Dec 2010
New York state attorney general sues Ernst &
Lehman Brothers - seeks return of $150 millior
Expand Re

Retweeted by Vik Devani
**Reuters Top News** @Reuters · 21 Dec 2010
FLASH: Second runway at London's Heathrow
Expand Re


**Vik Devani** @vikdevani · 27 Nov 2010
launching a site hip hip hooray lol nah it's really
Expand Re


**Vik Devani** @vikdevani · 10 Mar 2010
everything is so confusing lol. " life moves pret
look around, once in a while, you just might mis
Expand Re


**Vik Devani** @vikdevani · 25 Apr 2009
@DeeptiC hey, how r u?
Expand Re

© 2014 Twitter About Help Terms Privacy
Cookies Ads info Brand Blog Status Apps
Jobs Advertise Media Developers Directory

5. **Vik Devani @vikdevani** 24 Apr 2009

macroeconomically speaking, things aren't good, so why a run up, i say, irrational exuberance

**Expand**

- **Reply**
- **Retweet**
- **Favorite**
-

6. **Vik Devani @vikdevani** 24 Apr 2009

just because things at a particular company aren't are as worse as expected, there's a run up in the stock, but things are still bad

**Expand**

- **Reply**
- **Retweet**
- **Favorite**
-

7. **Vik Devani @vikdevani** 24 Apr 2009

what? totally shocked by the way wall street interprets news, really, wow

**Expand**

- **Reply**
- **Retweet**
- **Favorite**

- ○

8. **Vik Devani @vikdevani** 19 Apr 2009

there are some economic fundamentals that are looking better, but then again, unemployment just might add a new twist to things

**Expand**

- ○ **Reply**
- ○ **Retweet**
- ○ **Favorite**
- ○

9. **Vik Devani @vikdevani** 19 Apr 2009

we just may test new lows

**Expand**

- ○ **Reply**
- ○ **Retweet**
- ○ **Favorite**
- ○

10. **Vik Devani @vikdevani** 9 Apr 2009

i say, bear market rally

**Expand**

- ○ **Reply**
- ○ **Retweet**
- ○ **Favorite**
- ○

11. **Vik Devani @vikdevani** 18 Mar 2009

we need a resolution to the too big to fail scenario, AIG is a prime example why

**Expand**

- **Reply**
- **Retweet**
- **Favorite**
-

12. **Vik Devani @vikdevani** 14 Mar 2009

companies are unwilling to sell an asset, because they would have to do so at such depressed prices., losses are never acceptable.

**Expand**

- **Reply**
- **Retweet**
- **Favorite**
-

13. **Vik Devani @vikdevani** 14 Mar 2009

even if an asset is not very liquid, it is liquid enough to the point that there may be atleast one buyer and one seller

**Expand**

- **Reply**
- **Retweet**
- **Favorite**
-

14. **Vik Devani @vikdevani** 13 Mar 2009

i agree these toxic assets aren't very liquid, but there are potential buyers, hedge funds,private equity and a bad bank if one were set up.

**Expand**

- **Reply**
- **Retweet**
- **Favorite**
-

15. **Vik Devani @vikdevani** 13 Mar 2009

mark to market, there is a market for these toxic assets, the market says that these assets aren't worth much

**Expand**

- **Reply**
- **Retweet**
- **Favorite**
-

16. **Vik Devani @vikdevani** 12 Mar 2009

global solution needed, for we are too intertwined with the global economy, esp. the financial sector

**Expand**

- **Reply**
- **Retweet**
- **Favorite**
-

17.  **Vik Devani @vikdevani** 12 Mar 2009

the Dow, S AND P, the NAS are rallying, why, not sure, fundamentals still weak, markets up due to cheap valuations, we need a global answer

**Expand**

- **Reply**
- **Retweet**
- **Favorite**
-

18.  **Vik Devani @vikdevani** 5 Mar 2009

i there a recovery in sight

**Expand**

- **Reply**
- **Retweet**
- **Favorite**
-

19.  **Vik Devani @vikdevani** 3 Mar 2009

hopefully the reverse is true too, keeping my fingers crossed

**Expand**

- **Reply**
- **Retweet**
- **Favorite**
-