HSBC Bank USA, N.A. - Image Archive


1040

GARDEN OF HEALTH INC.

DATE 10/28/04 1-108/210

PAY TO THE ORDER OF Select Nutrition 640216919 21 110804 039042767 $ 120.80/100

onehundred twenty and 80/100 DOLLARS

32.

HSBC
HSBC Bank USA, N.A. New Hyde Park, NY 11040

FOR

[redacted]9870 ⑈000012080⑈


021000089 0216 0210 0008
B00000 039042767 CITIBANK, NY
1401 640216919 110804 2012432627

0210001088
HSBC Bank USA, N.A.

4200796535

| Account Number | Date Posted | Ird Ind | Check Number | Amount | Sequence Number | Tran Code |
|---|---|---|---|---|---|---|
| [redacted]9870 | 11/09/2004 | | 0000001040 | 120.80 | 42796535 | 000000 |

Item 4 of 7

HSBC Bank USA, N.A. - Image Archive


GARDEN OF HEALTH INC.

640055465 21 122704 0390 DATE 12/17/04 20

1057

1-108/210

PAY TO THE ORDER OF Select Nutrition $ 257.48/100

Twohundreds fiftyseven and 48/100 DOLLARS

HSBC

HSBC Bank USA, N.A. New Hyde Park, NY 11040

FOR

[redacted]9870⑈ ⑈0000025748⑈

021000089 8216 >0210-0008<
B00000 039042767CITIBANK,NY
1401 640055465 122704 2012432627

12272004 9404 >021000089< CRDTD TO
11067 0020 W/I NAMED PAYEE ABS OF
039042767 ENDRSMT GUARANTEED DEP
CITIBANK

021001088

7000116046

| Account Number | Date Posted | Ird Ind | Check Number | Amount | Sequence Number | Tran Code |
|---|---|---|---|---|---|---|
| [redacted]9870 | 12/27/2004 | | 0000001057 | 257.48 | 7777447258 | 000000 |

Item 6 of 7


GARDEN OF HEALTH INC.
1048
1-108/210
630083345 21 112904
DATE 11/19/04
PAY TO THE ORDER OF Select Nutrition
$ 285.94
two hundred eighty five and 94/100 DOLLARS
HSBC
HSBC Bank USA, N.A. New Hyde Park, NY 11040
FOR
[redacted]9870" ⑈0000028594⑈



| Account Number | Date Posted | Ird Ind | Check Number | Amount | Sequence Number | Tran Code |
|---|---|---|---|---|---|---|
| [redacted]9870 | 11/29/2004 | | 0000001048 | 285.94 | 7777173721 | 000000 |

Item 5 of 7

HSBC Bank USA, N.A. - Image Archive






| Account Number | Date Posted | Ird Ind | Check Number | Amount | Sequence Number | Tran Code |
|---|---|---|---|---|---|---|
| [redacted]9870 | 02/23/2005 | | 0000001084 | 346.32 | 274059283 | 000000 |

Item 1 of 6


1050

GARDEN OF HEALTH INC.

DATE 11/29/04 1-108/210

PAY TO THE ORDER OF Now Foods $ 205.77/100

Two hundred five and 77/100 DOLLARS

HSBC

HSBC Bank USA, N.A. New Hyde Park, NY 11040

FOR

⑈[redacted]9870⑈ ⑆0000020577⑆




| Account Number | Date Posted | Ird Ind | Check Number | Amount | Sequence Number | Tran Code |
|---|---|---|---|---|---|---|
| [redacted]9870 | 12/06/2004 | | 0000001050 | 205.77 | 40533742 | 000000 |

Item 1 of 7

HSBC Bank USA, N.A. - Image Archive

GARDEN OF HEALTH INC.

1050

DATE 11/29/04 1-108/210

PAY TO THE ORDER OF Now Foods $ 205.77/100

Two hundred five and 77/100 DOLLARS

HSBC

HSBC Bank USA, N.A. New Hyde Park, NY 11040

FOR

[redacted]9870⑈ ⑈0000020577⑈

FLEET

| Account Number | Date Posted | Ird Ind | Check Number | Amount | Sequence Number | Tran Code |
|---|---|---|---|---|---|---|
| [redacted]9870 | 12/06/2004 | | 0000001050 | 205.77 | 40533742 | 000000 |

Item 4 of 21


GARDEN OF HEALTH INC.

1041

DATE 11/2/04

1-108/210

PAY TO THE ORDER OF A.B.C $2515.00/100

Twothousandfivehundredfifteen only DOLLARS

HSBC

HSBC Bank USA, N.A. New Hyde Park, NY 11040

FOR October

[redacted]9870⑈ ⑆0000251500⑆


06-002-01720 IP60 11/2/04
FNB OF LONG ISLAND
>021411335<
GLEN HEAD, NY
021001088
HSBC BANK USA, N.A.
42084849

PAY TO THE ORDER OF
FIRST NTL BANK OF LI
FOR DEPOSIT ONLY
AMERICAN BASIC COMMODITIES INC.
02701538

| Account Number | Date Posted | Ird Ind | Check Number | Amount | Sequence Number | Tran Code |
|---|---|---|---|---|---|---|
| [redacted]9870 | 11/03/2004 | | 0000001041 | 2515.00 | 42084849 | 000000 |

Item 3 of 7

1003

GARDEN OF HEALTH INC.

DATE 09, 24, 04 1-108/210

PAY TO THE ORDER OF American Basic Commodities Inc $2500 xx/00

Twenty five hundred xx DOLLARS

HSBC

HSBC Bank USA, N.A. New Hyde Park, NY 11040

FOR Rent

[redacted]88 70⑈ ⑆0000250000⑆

PAY TO THE ORDER OF
FIRST NT'L BANK OF LI
FOR DEPOSIT ONLY
AMERICAN BASIC COMMODITIES INC.
027015361

FNB OF LONG ISLAND

| Account Number | Date Posted | Ird Ind | Check Number | Amount | Sequence Number | Tran Code |
|---|---|---|---|---|---|---|
| [redacted]9870 | 09/27/2004 | | 0000001003 | 2500.00 | 40909038 | 000000 |

Item 3 of 7



1059

GARDEN OF HEALTH INC.

630036863 21 122304 026570650

1-108/210

DATE 12/17/04

PAY TO THE ORDER OF Lipa $ 371.06

threehundred seventyone and 06/100 DOLLARS

HSBC

HSBC Bank USA, N.A. New Hyde Park, NY 11040

FOR

[redacted] 9870 0000037106



| Account Number | Date Posted | Ird Ind | Check Number | Amount | Sequence Number | Tran Code |
|---|---|---|---|---|---|---|
| [redacted]9870 | 12/24/2004 | | 0000001059 | 371.06 | 40907514 | 000000 |

Item 2 of 7

HSBC Bank USA, N.A. - Image Archive



GARDEN OF HEALTH INC.

1078

DATE 01/18/05

1-108/210

PAY TO THE ORDER OF Pure Essence $ 556.80/100

fivehundred-fiftysix and 80/100 DOLLARS

HSBC

HSBC Bank USA, N.A. New Hyde Park, NY 11040

FOR

[redacted] 9870⑈ ⑈0000055680⑈




| Account Number | Date Posted | Ird Ind | Check Number | Amount | Sequence Number | Tran Code |
|---|---|---|---|---|---|---|
| [redacted] 9870 | 01/26/2005 | | 0000001078 | 556.80 | 41107135 | 000000 |

Item 3 of 6

HSBC Bank USA, N.A. - Image Archive


GARDEN OF HEALTH INC.

1126

DATE 05/02/05 1-108/210

PAY TO THE ORDER OF Nordic Naturals $290.64/100

Two hundred Ninty and 64/100 DOLLARS

HSBC

HSBC Bank USA, N.A. New Hyde Park, NY 11040

FOR

[redacted]9870 000029064


0631379162

WFB NA FREM 05042005
3635 04310871594 4
>1221-0527-8<
325: 20 ESU 49

PAY TO THE ORDER OF
WELLS FARGO BANK N.A.
FOR DEPOSIT ONLY
NORDIC NATURALS

| Account Number | Date Posted | Ird Ind | Check Number | Amount | Sequence Number | Tran Code |
|---|---|---|---|---|---|---|
| [redacted]9870 | 05/06/2005 | | 0000001126 | 290.64 | 40281952 | 000000 |

Item 4 of 12