20588Visit: www.citicards.com

citi

[redacted]1102

| Account Number | Payment Due Date | New Balance | Minimum Amount Due | Enter Amount Enclosed |
|---|---|---|---|---|
| [redacted]4348 | 11/05/04 | $3870.36 | $80.00 | |

00 V1 0704 1 MC 4

VIK B DEVANI
7832 266TH ST
GLEN OAKS NY
11004

CITI CARDS
PO BOX 183051
COLUMBUS, OH
43218-3051

citi

# Citi® Dividend Platinum Select® Card

Account Number
[redacted]4348

**Customer Service:**
1-800-950-5114
BOX 6500
SIOUX FALLS, SD
57117

| Total Credit Line | Available Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|
| $4000 | $129 | $1200 | $129 | $3870.36 |
| Statement/ Closing Date | Amount Over Credit Line | Past Due | Purch/Adv Minimum Due | Minimum Amount Due |
| 10/14/2004 | $0.00 + | $0.00 + | $80.00 = | $80.00 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | | | Amount |
|---|---|---|---|---|---|---|
| | | | **Payments, Credits & Adjustments** | | | |
| | 9/27 | 44296200 | PAYMENT THANK YOU | | | -80.98 |
| | | | **Standard Purch** | | | |
| | 10/14 | | CREDIT PROTECTOR FEE - | MONTHLY | | 32.62 |
| 9/30 | 9/30 | YD*MMWD3 | NOW FOODS | 650-622-2200 | IL | 2,959.15 |
| 9/30 | 9/30 | 4DP*5Q8K | AMERICAN00111753395946 | NORWALK | CT | 157.70 |
| 9/30 | 9/30 | BOPPMWD3 | SELECT NUTRITION DIST | ISLAND PARK | NY | 261.39 |
| 10/01 | 10/01 | 6NS19000 | LFR*LOWESTFARE AIR TKT | 800-678-0998 | CT | 6.95 |
| 10/01 | 10/01 | J6*MMWD3 | NOW FOODS | 650-622-2200 | IL | 386.61 |
| 10/04 | 10/04 | B19MMWD3 | NOW FOODS | 650-622-2200 | IL | 65.94 |

****Dividend Dollars Summary****

| | |
|---|---|
| Previous Statement Div Dollar Total | 3.31 |
| Base Div Dollars Earned | 38.70 |
| Total Div Dollars Earned this period | 38.70 |
| Total Div Dollars Available | 42.01 |
| Lifetime Div Dollars Earned | 42.01 |

Bonus Cash Back may take one to two billing cycles to appear on your statement. Please refer to the specific terms and conditions pertaining to the promotion for further details.

If your 'Total Div Dollar Available' balance is at least $50, call us at 1-866-676-4672 or go to www.citicards.com, so that we may send you a check.

CHANGING YOUR ADDRESS? LET US KNOW.
Maintain your good credit rating. Keep us informed of your new address. When you move, please correct your address on the payment coupon or call Customer Service.

Take steps to protect yourself from fraud.
Keep your card close...but keep your PIN somewhere else. Save receipts. Open and read your statements. Get the facts about protecting your account at http://www.Students.UseCreditWisely.com

SEND PAYMENTS TO:
PLEASE REFER TO THE REVERSE SIDE OF THE ORIGINAL STATEMENT FOR PAYMENT INFORMATION.