SCAN

***SHORT FORM ORDER***

***SUPREME COURT - STATE OF NEW YORK***

***Present:***

***HON. THOMAS P. PHELAN,***

***Justice***

TRIAL/IAS, PART 10
NASSAU COUNTY

JOHN DESIDERIO,

Plaintiff(s),

-against-

PETER DEVANI (a.k.a. BHARAT DEVANI, a.k.a. PETER DIWANI) and SUNIL PARIKH,

Defendant(s).

ORIGINAL RETURN DATE: 08/12/04
SUBMISSION DATE: 08/12/04
INDEX No.: 009557/04

MOTION SEQUENCE #1

The following papers read on this motion:

Notice of Motion.................................................. 1

Motion by plaintiff for an order pursuant to CPLR 3213 awarding him summary judgment in lieu of complaint against defendants in the sum of $69,579.67 with interest from July 14, 2004, plus attorney's fees in the sum of $4,062.50, costs and disbursements is granted to the extent that plaintiff is awarded judgment against defendants in the sum of $69,579.67 with interest from July 14, 2004, reasonable attorney's fees in an amount to be determined, costs and disbursements.

A hearing is required on the issue of reasonable attorney's fees as this amount is not a sum certain pursuant to the note and guaranty (see, Simoni v. Time-Line, Ltd., 272 AD2d 537).

Subject to the approval of the Justice there presiding and provided a Note of Issue has been filed at least 10 days prior thereto, this matter shall appear on the calendar of the Calendar Control Part (CCP) for the 30th day of September, 2004 at 9:30 A.M.

A copy of this order shall be served on the Calendar Clerk and accompany the Note of Issue when filed. The failure to file a Note of Issue or appear as directed may be deemed an abandonment of the claims giving rise to the hearing.

The directive with respect to a hearing is subject to the right of the Justice presiding in CCP to refer the matter to a Justice, Judicial Hearing Officer or a Court Attorney/Referee as he or she deems appropriate.

Movant is directed to serve a copy of this order upon all parties forthwith upon receipt of a copy of this order from any source.

This decision constitutes the order of the Court.

Dated: 8-19-04

HON THOMAS P. PHELAN
J.S.C.

ENTERED

AUG 23 2004

NASSAU COUNTY
COUNTY CLERK'S OFFICE

5 .

**Judgment dated October 21, 2004 (54-58)**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

| | |
|---|---|
| John Desiderio, Plaintiff<br><br>-against-<br><br>Peter Devani (a.k.a. Bharat Devani, a.k.a. Peter Diwani) and Sunil Parikh, Defendants | **JUDGMENT**<br><br>Index No. 04-009557 |

The issues in this action having been duly tried before Mr. Justice Thomas P. Phelan at Trial/IAS, Part 10 of this court, held at the courthouse at 100 Supreme Court Drive, Mineola, New York on August 12, 2004, and the Plaintiff having appeared by his attorney, John S. Desiderio, unopposed by Defendants or Defendant's counsel, and Justice Phelan having issued an order pursuant to Section 3213 of the CPLR awarding Plaintiff summary judgment in lieu of complaint against Defendants in the sum of $69,579.67 with interest thereon, at an annual rate of 10% (rate upon default as set forth in the subject promissory note), from July 14, 2004, plus attorney's fees in the amount of $4,062.50, and costs in the amount of $800.00 and disbursements amounting to $552.10, plus reasonable attorney's fees, in an amount as determined, as described below. Plaintiff shall also seek, upon incursion, restitution by Defendants for the disbursements and attorneys' fees incurred in execution and enforcement of this judgment.

In a hearing conducted by Mr. Justice William LaMarca on September 30, 2004, Justice LaMarca awarded judgment of additional attorney's fees in the amount of $7,062.50 to Plaintiff.

Now, on motion of John S. Desiderio, Plaintiff's attorney, it is

~~ORDERED~~, ADJUDGED ~~AND DECREED~~, that Plaintiff John Desiderio, residing at *18 Bedford Ave, Garden City Park, NY* 48 Milland Drive, Northport, New York 11768, recover of Defendants Peter Devani, residing at 57 Collins Avenue, Williston Park, New York 11596 and Sunil Parikh, residing at 618 Hungry Harbor Road, North Woodmere, New York 11581, jointly and severally, the sum of $69,579.67, with interest thereon from July 14, 2004, amounting to $ *1704.70* together with attorney's fees in the amount of $4,062.50, together with costs and disbursements, having been duly taxed, in the sum of *$797.10 making in all the sum of $76,143.97*

and that the Plaintiff have execution therefore.

Judgment signed October *21st*, 2004

*Karen V. Murphy*
Clerk