**JOHN S. DESIDERIO, ESQ.**

***Attorney at Law***

50 Gerard Street, Suite 100A
Huntington, New York 11743
Phone 718.757.9477

# INVOICE

**DATE:** February 3, 2014
**INVOICE #** 3

**BILL TO:**

John Desiderio, Sr.
48 Milland Drive
Northport, New York 11768

**FOR:**
Vik Devani
Chapter 7 Case

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 12/30/13 - Filed motion to dismiss thru ECF | 0.25 | 350.00 | $ 87.50 |
| 1/31/14 - Review and legal analysis of Debtor's opposition - incldg. attorney's affirmation, debtor's affidavit, memorandum of law and multiple exhibits thereto | 3.50 | 350.00 | 1,225.00 |
| 1/31/14 - Preparation of reply to Debtor's opposition | 4.00 | 350.00 | 1,400.00 |
| 2/1/14 - Continued preparation of reply to opposition | 7.00 | 350.00 | 2,450.00 |
| 2/3/14 - Finalize reply and exhibits for service & filing | 2.50 | 350.00 | 875.00 |
| Photocopies 368 @ .25 each | | | 92.00 |
| Postage | | | 42.35 |
| | | SUBTOTAL | $ 6,171.85 |
| | | LESS RETAINER | $ - |
| | | **TOTAL** | $ 6,171.85 |

Make all checks payable to **JOHN S. DESIDERIO, ESQ.**
Total due in 15 days. Overdue accounts subject to a service charge of 1% per month.

**THANK YOU FOR YOUR BUSINESS!**