UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
In re:

VIKI DEVANI,

Debtor.

-----------------------------------------------------------------------X

Chapter 7
Case No. 13-45106-CEC

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
)ss:
COUNTY OF NASSAU )

Robert H. Wilgosz, being duly sworn, deposes and says: I am not a party to the above captioned action, am over 18 years of age, and reside in Nassau County, New York,

On the 3rd day of February, 2014, I served copies of creditor's Reply to Motion to Dismiss and for Sanctions upon:

Midland Funding, LLC
8875 Aero Drive, Suite 200
San Diego, CA 92123

Robert J. Musso
26 Court Street, Suite 2211
Brooklyn, New York 11242

Vivian Sobers, Esq.
Sobers Law, PLLC
11 Broadway, Suite 615
New York, New York 10004

Office of the United States Trustee
271 Cadman Plaza East, Suite 4529
Brooklyn, New York 11201

AFNI, Inc.
404 Brock Drive
Bloomington, IL 61701

American Honda Finance Corporation
P.O. Box 7829
Philadelphia, PA 19101-7829

Discovery Financial Services
P.O. Box 6103
Carol Stream, IL 60197

First Premier
6010 S. Minnesota Avenue, Suite 208
Sioux Falls, SD 57101

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601

by depositing true copies thereof, enclosed in post-paid wrappers, in an official depository under the exclusive care and custody of the United States Post Office within New York State, addressed to each of the above named parties at the last known address set forth after each name.

/s/ Robert H. Wilgosz
ROBERT H. WILGOSZ

Sworn to before me this 3rd day
of February, 2014
/s/ John S. Desiderio
Notary Public, State of New York
No. 02DE6114707
Qualified in Nassau County
Commission Expires August 23, 2016