**JOHN S. DESIDERIO, ESQ.**
**50 Gerard Street, Suite 100A**
**Huntington, New York 11743**
(718) 757-9477

February 27, 2013

**VIA ECF and EMAIL cec_hearing@nyeb.uscourts.gov**

Honorable Carla E. Craig
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Long Island Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re: In re: Viki Devani
Case No.: 13-45106-CEC
Adv. Pro. No.: 14-01025-CEC

Dear Chief Judge Craig:

As you are aware, I represent John Desiderio, Sr., creditor/plaintiff in the above referenced matter, in which an issue has arisen with respect to scheduling and procedure.

At the hearing on my client's pending Motion to Dismiss, held on February 6th, due to the impending deadline for objection to Debtor's discharge and the Court's unwillingness to order an extension of such deadline, I asked that, in the event I decided it prudent to file a complaint and initiate an adversary proceeding prior to the February 22nd deadline, what the Court's position would be with respect to that action. To which, to my recollection, you stated that in that case it would be scheduled along with the trial on the Motion to Dismiss directed to be held.

I thereafter filed Plaintiff's Complaint on February 17th. and that same day Your Honor's Pre-Trial Scheduling Order was issued.

I have been operating under the assumption that Your Honor's statements at the hearing meant that the trial of the adversary case and the motion to dismiss would be held simultaneously - which only makes sense in terms of efficiency.

However, apparently Debtor's counsel understood things differently, and I understand that she will be informing the Court as to her position as well.

Please let the parties know how we should proceed given the foregoing. As I am sure you are aware, the parties' Joint Pre-Trial Order is required to be filed today.

Thank you for your attention to this matter.

Very truly yours,

John S. Desiderio, Esq.
Attorney for Plaintiff/Creditor, John Desiderio, Sr.

cc: VIA Email & First Class Mail
Vivian Sobers, Esq.
Sobers Law, PLLC
Attorney for Debtor/Defendant
11 Broadway, Suite 615
New York, New York 10004