VIVIAN SOBERS, ESQ. (VS7129)
SOBERS LAW, PLLC
Counsel for Debtor -Defendant
VIKI DEVANI
11 Broadway, Suite 615
New York, New York 10004
P: (347) 244-3687
F: (888) 324-4753

**HEARING DATE: JUNE 4, 2014**
**TIME: 11:00 A.M.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

In re: Chapter 7

VIKI DEVANI,

Case No. 13-45106-CEC

Debtor.

---------------------------------------------------------------------X

JOHN DESIDERIO,

Plaintiff. Adv. Pro. No.: 14-01025-CEC

-against-

VIKI DEVANI,

**NOTICE OF HEARING**

Defendant.

---------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, the undersigned, counsel for defendant-debtor, VIKI DEVANI ("DEVANI") will move before the Honorable Carla E. Craig, Chief Judge, at the United States Bankruptcy Court, EDNY, Conrad B. Duberstein Courthouse, 271 Cadman Plaza East, Room 3529, Brooklyn, New York 11201-1800, on June 4, 2014, at 11:00 a.m., or as soon thereafter as counsel may be heard, for an Order relieving Devani's counsel, SOBERS LAW, PLLC ("Sobers Law") and granting such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in this motion shall be filed as follows: (a)(i) through the Bankruptcy Court's electronic filing

system (in accordance with General Order #M-242 and the Revised Administrative Procedures for the Electronic Case Filing System can be found at www.nyeb.uscourts.gov, the official website for the United States Bankruptcy Court for the Eastern District of New York) by registered users of the Court's electronic case filing system and (ii) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered to Chambers) and served in accordance with General Order #M-242, and objections shall be served upon: (a) Viki Devani 78-32 266 Street, Floral Park, NY 11004; (b) Sobers, Sobers Law, PLLC, 11 Broadway, Suite 615, New York, New York 10004; (c) John S. Desiderio, Esq., 50 Gerard Street, Suite 100A, Huntington, New York 11743; (d) Robert J. Musso, Chapter 7 Trustee, 26 Court Street, Suite 2211, Brooklyn, New York 11242; and (e) the Office of the United States Trustee, 271 Cadman Plaza East, Suite 4529, Brooklyn, New York 11201, so as to be received no later than seven (7) days prior to the hearing date hereof.

Dated: May 6, 2014
New York, New York

Respectfully Submitted,

SOBERS LAW, PLLC

By: /s/Vivian Sobers (vs7129)
Vivian Sobers, Esq.
Counsel for Debtor
VIKI DEVANI
11 Broadway, Suite 615
New York, New York 10004
P: (347) 244-3687
F: (888) 324-4753

TO:

Viki Devani
78-32 266 Street
Floral Park, NY 11004

Office of the United States Trustee
271 Cadman Plaza East, Suite 4529
Brooklyn, New York 11201

John S. Desiderio, Esq.
Attorney for Creditor John Desiderio, Sr.
50 Gerard Street, Suite 100A
Huntington, New York 11743
(718) 757-9477

Robert J. Musso
Chapter 7 Trustee
26 Court Street, Suite 2211
Brooklyn, New York 11242

AFNI, Inc.
404 Brock Drive
Bloomington, IL 61701

American Honda Finance Corporation
P.O. Box 7829
Philadelphia, PA 19101-7829

Discovery Financial Services
P.O. Box 6103
Carol Stream, IL 60197

First Premier
6010 S. Minnesota Avenue, Suite 208
Sioux Falls, SD 57101

Midland Funding, LLC
8875 Aero Drive, Suite 200
San Diego, CA 92123

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:
Chapter 7

VIKI DEVANI,

Case No. 13-45106-CEC

Debtor.
-------------------------------------------------------------------X
JOHN DESIDERIO,

Plaintiff.

Adv. Pro. No.: 14-01025-CEC

-against-

VIKI DEVANI,

Defendant.
-------------------------------------------------------------------X

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

VIVIAN SOBERS, ESQ. (VS7129)
SOBERS LAW, PLLC
Counsel for Debtor -Defendant
VIKI DEVANI
11 Broadway, Suite 615
New York, New York 10004
P: (347) 244-3687
F: (888) 324-4753

# TABLE OF CONTENTS

TABLE OF CONTENTS....................i

TABLE OF AUTHORITIES....................ii, iii

PRELIMINARY STATEMENT....................1

PROCEDURAL HISTORY....................1

ARGUMENT....................2

THERE ARE IRRECONCILABLE DIFFERENCES BETWEEN DEBTOR AND COUNSEL IMPAIRING PROPER REPRESENTATION

CONCLUSION....................4

## TABLE OF AUTHORITIES

**Statues and Regulations**

28 U.S.C. §157........1

28 U.S.C. §1334........1

28 U.S.C. §157(b)(2)........1

28 U.S.C. §1409........1

28 U.S.C. §1927........1

Rule 9011 Federal Rules of Bankruptcy Procedure Section........1

11 U.S.C. §105(a)........1

11 U.S.C. §707(a)........1,2

11 U.S.C. §707(b)(4)(C)........1

11 U.S.C. §707(b)(4)(D)........1

11 U.S.C. §727(a)(3) ........2

11 U.S.C. §727(a)(4)(A) ........2

11 U.S.C. §727(a)(4)(D) ........2

11 U.S.C. §727(a)(5) ........2

11 U.S.C. §727(a)(6)(A) ........2

§523(a)(2)(A) ........2

Rules 2090-1 of the Eastern District of New York Bankruptcy Rules........2

**Rules of Reason**

Rule 1.16(c)(4) of the New York State Rules of Professional Conduct........2

Rule 1.16(c)(7) of the New York State Rules of Professional Conduct........2

**Cases**

Whiting v. Lacara, 187 F.3d 317 (2d Cir. 1999) ........2,3

Joseph Brenner Assocs. v. Starmaker Entertainment, Inc., 82 F.3d 55 (2d Cir.1996)...............2

Brown v. National Survival Games, Inc., 1994 WL 660533 at *3 (N.D.N.Y. 1994) ..................3

## PRELIMINARY STATEMENT

1. SOBERS LAW, PLLC ("Sobers Law") respectfully submits this Memorandum of Law in Support of its Motion to Withdraw as counsel of record for Debtor-Defendant, VIKI DEVANI. ("DEVANI") in the above-captioned matter because of divergent and irreconcilable differences regarding the litigation in this matter impairing Sobers Law ability to represent them.

## JURISDICTION

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. This action is a core proceeding pursuant to 28 U.S.C. §157(b)(2). Venue in this District is proper pursuant to 28 U.S.C. §1409.

## PROCEDURAL HISTORY

3. On August 21, 2013, Debtor, represented by Sobers and Sobers Law, filed a voluntary petition under Chapter 7 of the Bankruptcy Code in this Court.

4. On October 16, 2013, Debtor's 341 meeting was held.

5. On February 6, 2014, Creditor filed a Motion to Dismiss Devani's Chapter 7 filing for cause pursuant to §707(a) of the Bankruptcy Code with prejudice barring the Debtor from making any subsequent filings under the Bankruptcy Code for a period of at least three years; (b) imposing sanctions upon the Debtor pursuant to Rule 9011 Bankruptcy Rules and Section 105(a) of the Bankruptcy Code; (c) imposing sanctions upon VIVIAN SOBERS and SOBERS LAW PLLC, jointly and severally with Debtor, pursuant to Bankruptcy Rule 9011, Section 105(a) of the Bankruptcy Code, and 28 U.S.C. §1927, and based upon the breach of their duties under §707(b)(4)(C) and §707(b)(4)(D) of the Bankruptcy Code; while a hearing was held, the matter was held over for trial before a final decision can be issued.

6. On February 17, 2014, Creditor file an Adversary Proceeding against Devani to

dismiss the Debtor's petition as a bad faith filing pursuant to §707(a), and/or to have the Debtor's debt owed to Plaintiff declared non-dischargeable pursuant to §523(a)(2)(A), and/or to obtain the denial of Debtor's discharge pursuant to §§727(a)(3), 727(a)(4)(A), 727(a)(4)(D), 727(a)(5), and/or 727(a)(6)(A) of the Bankruptcy Code.

7. On April 10, 2014, a status conference was held before the Court, where the discovery deadline was set for June with the parties coming back at that time to set a date for trial.

## ARGUMENT

## THERE ARE IRRECONCILABLE DIFFERENCES BETWEEN DEBTOR AND COUNSEL IMPAIRING PROPER REPRESENTATION

8. Rules 2090-1 of the Eastern District of New York Bankruptcy Rules states "an attorney who has been authorized to be retained or has appeared as the attorney of record for any party in any case or adversary proceeding may not withdraw or be relieved or displaced except by order after notice to the party represented, any adversaries (if applicable), the United States trustee, and the trustee. An application for such an order shall include a showing by affidavit of satisfactory reasons for withdrawal or displacement and the posture of the case, including the status of any pending matters."

9. The Second Circuit has stated that "the Model Code provides guidance for the court as to what constitutes `good cause' to grant leave to withdraw as counsel." Whiting v. Lacara, 187, F.3d 317 (2d Cir.1999); see also Joseph Brenner Assocs. v. Starmaker Entertainment, Inc., 82 F.3d 55 (2d Cir.1996) (Court permitted withdrawal when hostilities arose between counsel and a third-party relative)

10. Pursuant to Rule 1.16(c)(4) of the New York State Rules of Professional Conduct a lawyer may withdraw from representation where "the client insists upon taking action with

which the lawyer has fundamental disagreement." Furthermore, under Rule 1.16(c)(7), the lawyer may withdraw, where "the client fails to cooperate in the representation or otherwise renders the representation unreasonably difficult for the lawyer to carry out employment efficiently." Whiting v. Lacara, 187 F.3d 317 (2d Cir. 1999) (justices reversed the denial of counsel's motion where the client clearly wanted to dictate how the matter would proceed)

11. As set forth more fully in the declaration of Vivian Sobers, Esq. ("Sobers Aff"), Defendant and Sobers Law have divergent and irreconcilable differences regarding this matter impairing Sobers Law's ability to represent them.

12. Further, the erosion of the attorney-client relationship has extended to Devani's father, Peter Devani.

13. Disagreements between counsel and Peter Devani have made the attorney-client relationship hostile making communication with Devani nearly impossible.

14. In addressing motions to withdraw as counsel, district courts have typically considered whether "the prosecution of the suit is [likely to be] disrupted by the withdrawal of counsel." Brown v. National Survival Games, Inc., 1994 WL 660533 at *3 (N.D.N.Y. 1994) (finding that because "[discovery] is not complete and the case is not presently scheduled for trial .... granting the instant motion will not likely cause undue delay") Whiting v. Lacara, 187 F.3d 317 (2d Cir. 1999)

15. The current matter has a discovery deadline of June with the parties to come back for a conference at that time to set the trial date.

16. As of now, further Responses to Interrogatories remain outstanding as well as plaintiff and creditor's deposition. (Status letter to Devani annexed hereto as Exhibit "A")

17. Since April 10, 2014 there has been an attempt by both counsel and creditor's counsel to settle the matter to no avail.

## CONCLUSIONS

WHEREFORE, Sobers Law, PLLC respectfully requests that the court grant its motion to withdraw as counsel of record for Debtor-Defendant and to grant such other relief as the court deems proper.

Dated: New York, New York
May 6, 2014

Respectfully Submitted,

SOBERS LAW, PLLC

By: _/s/Vivian Sobers (vs7129)
Vivian Sobers, Esq.
Counsel for Debtor
VIKI DEVANI
11 Broadway, Suite 615
New York, New York 10004
P: (347) 244-3687
F: (888) 324-4753

To:

Viki Devani
78-32 266 Street
Floral Park, NY 11004

John Desiderio, Esq.
Attorney for Creditor John Desiderio, Sr.
50 Gerard Street, Suite 100A
Huntington, NY 11743 (718) 757-9477

Robert J. Musso, Trustee
26 Court Street, Suite 2211
Brooklyn, New York 11242

Midland Funding, LLC
8875 Aero Drive, Suite 200
San Diego, CA 92123

AFNI, Inc.
404 Brock Drive
Bloomington, IL 61701

Discovery Financial Services
P.O. Box 6103
Carol Stream, IL 60197

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601

Office of the United States Trustee
271 Cadman Plaza East, Suite 4529
Brooklyn, New York 11201

American Honda Finance Corporation
P.O. Box 7829
Philadelphia, PA 19101-7829

First Premier
6010 S. Minnesota Avenue, Suite 208
Sioux Falls, SD 57101