SOBERS LAW, PLLC
Vivian Sobers, Esq.
11 Broadway, Suite 615
New York, New York 10004
P: (347) 244-3687; F: (888) 324-4753
vsobers@soberslaw.com
www.soberslaw.com

April 22, 2014

**VIA EMAIL**
**VIKDEVANI@GMAIL.COM**
Viki Devani

Re: Chapter 7 Bankruptcy

Dear Vik:

This letter is to advise you of the status of your Chapter 7 Bankruptcy. As you know, Creditor John Desiderio, has filed both a Motion to Dismiss your petition as a bad faith filing and has also filed an Adversary Proceeding against you to deny you the discharge of your debt.

I appeared in Court for a status conference on April 10, 2014 before Judge Carla E. Craig. At that time, the judge set June as the deadline to complete all discovery, including any depositions or request for documents or answers from either side.

At this time, the deposition of both yourself and creditor Desiderio is scheduled for Monday, April 28, 2014. Additionally, the answers to the interrogatories are still missing and are now past due. As I have mentioned before, the answers need to be detailed with the appropriate information.

Should you have any questions, please feel free to contact my office.

Very truly yours,

/s/ Vivian Sobers