UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
In re:
Chapter 7

VIKI DEVANI,

Case No. 13-45106-CEC

Debtor.
-----------------------------------------------------------------------X
JOHN DESIDERIO,

Plaintiff.

Adv. Pro. No.: 14-01025-CEC

-against-

VIKI DEVANI,

Defendant.
-----------------------------------------------------------------------X

**ORDER PURSUANT TO E.D.N.Y. LOCAL BANKRUTPCY RULE 2090-1, GRANTING THE MOTION OF SOBERS LAW, PLLC TO WITHDRAW AS COUNSEL FOR DEBTOR-DEFENDANT VIKI DEVANI**

Upon the Motion to Withdraw as Counsel, dated May 6, 2014 (the "Motion"), of Sobers Law, ("Sobers Law") in the above-captioned case, pursuant to Rule 2090-1 of the Local Rules for the United States Bankruptcy Court for the Eastern District and Rule 1.16 of the NY Rules of Professional Conduct; and the Court having found that it has jurisdiction over this matter and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the Office of the United States Trustee for the Eastern District of New York, (ii) the Debtor-Defendant and (iii) the Creditors and the respective attorneys and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "Hearing"); and upon the record of the Hearing and all of the proceedings had before the Court;

and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The MOTION TO WITHDRAW AS COUNSEL is GRANTED and it is further ordered that

2. Debtor's Attorney, Sobers Law, PLLC pay Debtor-Defendant the sum of $500.00 on or before June 20, 2014.

**Dated: Brooklyn, New York**
**June 10, 2014**

**Carla E. Craig**
**United States Bankruptcy Judge**