**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In Re:** | |
| **VIKI DEVANI,** **Debtor.** | **CASE NO. 13-45106 (CEC)** |
| **JOHN DESIDERIO,** **Plaintiff,** | |
| **-against-** | **CASE NO. 14-01025 (CEC)** |
| **VIKI DEVANI,** | |

**TRANSCRIPT OF (31) MOTION TO DISMISS CASE; MOTION FOR SANCTIONS; MOTION TO EXTEND TIME**
**(1) COMPLAINT BY JOHN DESIDERIO AGAINST VIKI DEVANI;**
**(7) CROSS MOTION TO COMPEL OPPOSITION TO MOTION TO WITHDRAW AND MOTION TO SEAL**
**BEFORE THE HONORABLE CARLA E. CRAIG**
**UNITED STATES BANKRUPTCY JUDGE**
**THURSDAY, JULY 10, 2014; 1:48 P.M.**
**BROOKLYN, NEW YORK**

APPEARANCES:

**FOR THE DEBTOR:**
VIKI DEVANI, Pro Se

**FOR THE CREDITOR:**
John Desiderio, Esq.
D&F Associates LLP
18 Bedford Avenue
Garden City, New York 11040

Proceedings recorded by electronic sound recording, transcript produced by transcription service

**SHARI RIEMER**
TypeWrite Word Processing Service
211 N. Milton Road
Saratoga Springs, New York 12866
518-581-8973

(Proceedings began at 1:48 p.m.)

THE CLERK: Calling the Viki Devani case, Calendar Number 23, 24, 25, 26, 27.

THE COURT: Mr. Devani, do you have an attorney?

MR. DEVANI: Since we last met I was actively searching for an attorney.

THE COURT: Okay. Here's -- I told you that you were not going to be given a lot of time to do this.

MR. DEVANI: I understand but we had a financial business issue that propped up. I have documentation that shows that. We do a lot of our business --

THE COURT: I -- you know what, I really don't care. I do not care what other issues you may have in your life.

MR. DEVANI: Okay.

THE COURT: You have to get yourself -- you either have to get yourself an attorney or if you don't -- can't get yourself an attorney you're going to have to represent yourself. It's either that -- it's one or the other. We're not dragging this out.

MR. DEVANI: I understand. That was not my intention. It is that the business issue propped up and we were trying to scramble for funds, trying to concentrate on the business, trying to look for lawyers at the same time.

THE COURT: Well, I think you probably better concentrate on this.

MR. DEVANI: No, I understand. I understand. But then once this business issue cleared up --

THE COURT: So what I'm -- I don't want to hear it. I don't care.

MR. DEVANI: Okay.

THE COURT: I don't care what issues came up honestly.

MR. DEVANI: I've been -- I just recently spoke to Richard Feinsilver and I have an appointment with him today, tomorrow, in a day or two.

THE COURT: So what I'm going to do is set a time frame for you and if you -- by which you're going to have to either complete your responses to the discovery request or -- either you or your attorney are going to have to do that.

MR. DEVANI: Okay. I understand. Is there any room today for me to discuss just the preliminaries of this case from like the get-go?

THE COURT: We've already had that discussion. We had that discussion the last time around.

MR. DEVANI: I understand. I have documentation here showing email that was sent to us about the settlement agreement, initial settlement agreement.

THE COURT: Well, you guys can -- the settlement is up to you to work out.

MR. DEVANI: No, no, no, but like I just want to show

you the cruelty of their approach.

THE COURT: I don't -- I don't -- cruelty and -- is not my concern here. This is litigation. They're entitled to what they're entitled to and you're entitled to what you're entitled to.

MR. DEVANI: No, but what I'm trying to make clear here is that what they're entitled to is just greed. What they're doing is greed and --

THE COURT: You know what, this is why you need an attorney because you really don't -- this type of talk has no place in a court.

MR. DEVANI: It's just really upsetting though because I was barely involved in this situation.

THE COURT: Well, you're going to have to live with these feelings of being upset. You're going to have to learn how to tolerate the feeling of being upset.

MR. DEVANI: I understand.

THE COURT: Because this litigation is not going away. You're not going to stand here and talk to me and somehow to persuade me that this is -- that this case is not going forward.

MR. DEVANI: No, no, I'm not saying that.

THE COURT: So I don't know what you think you're doing here today. That somehow you were too distracted by other things to bother to get a lawyer in this period of time.

MR. DEVANI: That was an error on my --

THE COURT: Well, that is obviously what happened here. So substantively where -- let me -- let's go -- what's the case number, please? So let get me on the page.

THE CLERK: 13-45106.

THE COURT: Thank you.

MR. DESIDERIO: John Desiderio for creditor, John Desiderio, Sr.

THE COURT: Okay. So where this stands, the adversary proceeding stands is that you have a motion to compel on.

MR. DESIDERIO: Correct. Response to interrogatories and appearance for depositions.

MR. DEVANI: And all of those as mentioned last time with the previous attorney those were held off because they're concerned I was going on presently with counsel to withdraw and what have you. So the counsel, actually my previous counsel suggested that we hold off on depositions until we clear other matters.

THE COURT: Right. Well, but that time has come and gone.

MR. DEVANI: Yes. And, Your Honor, just if I may say, we are incurring legal costs here and the Desiderio's are not because obviously it's his son representing the client.

THE COURT: You are not -- you haven't incurred any

legal cost -- you're attorney withdrew and she gave you your money back and you haven't hired anybody new.

MR. DEVANI: No, she gave us $500.00 back but as you can understand because of where the case is right now as you can understand, Your Honor, they're asking for a lot of money and so that's why I'm asking you, Your Honor, that right now because the Desiderio's do not want the 12,500 that was originally settled upon in escrow. If they don't want that money at least give that money to us so that we can pay an attorney.

THE COURT: That would -- where is it held in escrow?

MR. DESIDERIO: $12,400.00 was ordered by the state court judge to be placed in escrow with a Mr. Devani's attorney at that time pending resolution of a motion.

THE COURT: Okay.

MR. DESIDERIO: That motion was resolved in our favor and that money was to be turned over by Mr. Devani's attorney. However, he did not turn over that money, waited a month until Mr. Devani filed this present case. Therefore, we were then prohibited to go after that money because of the stay. So it's with his state court attorney still in his escrow account.

THE COURT: Okay. But you're saying that a state court judge directed that --

MR. DESIDERIO: That it be placed in escrow and

turned over upon determination of the motion.

THE COURT: What was the motion?

MR. DESIDERIO: To vacate the judgment. Mr. Devani sought to vacate the judgment that was entered against him for the fraudulent conveyances and the judge denied --

MR. DEVANI: None of which was proved.

MR. DESIDERIO: The judge denied that motion at which point that motion for that money --

THE COURT: Nobody has made any kind of motion.

Mr. Devani, you don’t just like stand up here and ask me stuff. You don’t say well, I’d like -- you have to file a motion with papers explaining yourself citing law, citing facts, providing proof if you want something. Do you understand that?

MR. DEVANI: Yes.

THE COURT: I think you’re treating this way too casually. You can end up with a big -- you can end up losing a discharge. You can end up -- you talked last time about how you’re a young person, you have your whole life ahead of you, you don’t want -- well, a good way to have this following you for a very substantial period of time would be to treat it in a cavalier manner. If that’s what you -- if that’s the outcome that you want that’s where you’re heading right now, let me tell you.

MR. DEVANI: I understand, Your Honor.

THE COURT: So --

MR. DEVANI: But, Your Honor, like I was saying, because that money is in escrow right now and because --

THE COURT: Well, that money is in escrow. So if somebody needs -- wants to get it out of escrow they're going to have to make a motion.

MR. DEVANI: And I will address that. But, Your Honor, also that -- well, okay. I just have to file a motion for that but the reason behind filing a motion of that sort would be that once the settlement was obtained and we did agree to the settlement terms, it was just $25,000.00 in sum, in total, over two years. We pay the $12,500.00 over two years and then there was a lump sump payment due at the end and which because of a financial hurdle because of business issues --

THE COURT: Business issues.

MR. DEVANI: Yes. Our partner left. So we were left without funds and so -- and so because of that we couldn't come up with the funds at the precise moment that he needed the funds. So we went to the court and asked for an extension. The court granted us an extension. We came up with the funds from family and friends after three weeks. The Desiderio's denied it. So --

THE COURT: And you're telling me this why?

MR. DEVANI: Because their intentions is to just

financially put us in distress here.

THE COURT: But that may be what actually happens if you keep -- if you keep -- if you keep treating this case as though you think you can just walk in here having filed nothing, having no attorney, having done nothing and that this -- and just tell me whatever comes into your head and that somehow I'm going to do what? So if you're concerned that you're going to be put in financial distress that's the direction you're going in.

MR. DEVANI: So I mean ultimately I guess I just have to continue working on getting an attorney. I mean, like I said, I spoke with Mr. Feinsilver.

THE COURT: You're either going to get an attorney or you're going to have to do this on your own and bare the consequences, whatever they are. If you can't afford an attorney as I told you before you can go to Mrs. Cantor and see if there's -- you qualify for an attorney to be appointed for you at no cost. We discussed this the last time around.

MR. DEVANI: No. You had mentioned that you were going to look into the possibility.

THE COURT: I think you need to talk to Mrs. Cantor if you want that but I don't know that you qualify. If you own a business maybe that -- that may be something that puts you in a category where you wouldn't qualify for free legal assistance.

MR. DEVANI: All right.

THE COURT: You may have to figure out how you're going to pay for counsel.

MR. DEVANI: Okay. That may be the road down which we have to go but also --

THE COURT: Well, it's going to have to be sooner than ultimately.

MR. DEVANI: Of course. Of course, Your Honor. And also I was thinking about -- as you had mentioned like last -- a month ago when we met about mediation because obviously their axe to grind is to get as much money from us as possible. I mean they just want to put us as you know in financial distress. So --

THE COURT: Well, you probably put yourselves in financial distress I'm guessing but wherever -- however it happened this is where you are.

MR. DEVANI: I understand but my -- I was -- like I had mentioned to you a month ago, I was a son helping my father as Mr. Desiderio here is helping his father out. I was just helping my father out in business. I was a college student so I had no involvement really.

THE COURT: You're now repeating things that you said to be me before.

MR. DEVANI: Yes. Yes.

THE COURT: And you expect me to do what?

MR. DEVANI: No, I'm asking you because you had said last time that you were -- you would consider mediation. So I was wondering if that was still on the table because, you know, we -- I think that would reduce our burden financially as well and appease them in whatever manner they want to be appeased in.

THE COURT: I think what you need to do is get an attorney involved. That's what I think you need to do.

MR. DEVANI: Okay, Your Honor.

MR. DESIDERIO: Your Honor, I would just ask for a short time on this. Mr. Devani had indicated at the last appearance on June 5th that he had already spoken to several attorneys at that point.

MR. DEVANI: Yes, I was.

THE COURT: Then he got distracted by other sides.

MR. DEVANI: No, no. We're trying to make a living here so I mean obviously we can't just attend to this fellow's needs here. I understand the importance, Your Honor.

THE COURT: It's not just his needs. It's a question of your livelihood and your future.

MR. DEVANI: No, I understand, Your Honor. We've been trying to tackle both but as you can understand because where the case is right now lawyers are demanding a lot of money down payment and because of this business issue that propped up we were trying to like think about how we were

going to come about with the funds and then once this settled down which was like a week or two afterwards we were able to concentrate on trying to find a lawyer but like I said I just spoke with Mr. Feinsilver and I have an appointment with him in a day or two.

THE COURT: Do you have money to pay him?

MR. DEVANI: We're coming up with it, yes. We're coming up. Family, friends are taking some money out of the business unfortunately and we're doing what we have to do.

THE COURT: Okay. Well, why don't I give you a very short time. You're going to see him today you say?

MR. DEVANI: In a day or two. I'm not sure what --

THE COURT: In a day or two?

MR. DEVANI: Yes. I mean it depends on when he's available.

THE COURT: You don't have an appointment with him?

MR. DEVANI: No, I haven't made an appointment yet. I just spoke to him about the case because like I said several attorneys we spoke to some weren't interested in the case. Some were asking for a large down payment and so we're just in a precarious situation.

THE COURT: Okay. So was there a response filed to the motion, your motion to compel?

MR. DESIDERIO: I don't believe it was an actual opposition to my motion, no. It was more of a reply to the

motion to be relieved.

MR. DEVANI: Your Honor, the client's counsel is his son here. So they do not have legal fees. They don't have to worry. We do. We have to worry about a lot of things.

THE COURT: Therefore, what? And therefore what?

MR. DEVANI: Unfortunately we are in a situation where we need time. I mean it's --

THE COURT: You've already gotten time and you're not going to get much more.

MR. DEVANI: I understand, Your Honor, but --

MR. DESIDERIO: Your Honor, I would like just to address that more to Mr. Devani than to Your Honor of course but I am an attorney. I went to school. I do bill my client for his legal fees. I am working --

MR. DEVANI: Yes, obviously but, Your Honor, what ammoniated with $27,000.00 debt with my father and of course -- and to his knowledge that was resolved. So my father sold that business -- sold our house actually and purchased a business under my name because vendors were not very favorable to my dad because of one business failing. So he opened the business under my name and in that situation Mr. Desiderio claimed that there was fraudulent conveyance on our part which obviously it was improving. There was no fraudulent conveyance. I was helping my father out, opened up a business under my name so that vendors would sell to me.

THE COURT: But sometimes when you're helping your father out it's a fraudulent conveyance. The fact that you're helping -- your intent is to help our your father doesn't mean it's not a fraudulent conveyance.

MR. DEVANI: Okay. But --

THE COURT: So what I'm thinking is I'm going to direct that a response to Mr. Desiderio's motion to compel should be filed by the 31st of July and I will -- and then we will be -- and if it's not going to be filed -- if it isn't filed by an attorney you're going to have to file it.

MR. DEVANI: Okay.

THE COURT: And then I will see you on August 5th and we will go over in detail the outstanding discovery items and I will provide for them -- for -- I will set a schedule by which they're going to be providing to Mr. Desiderio, and that's how I'm going to handle the motion to compel discovery and I'm not going to be interested in hearing about sanctions in this context.

MR. DESIDERIO: That's fine, Your Honor.

MR. DEVANI: Your Honor, all this emanated also --

THE COURT: So you need to show up here, get your attorney to file -- Mr. Feinsilver is a fine attorney and he's going to -- get your attorney -- tell your attorney this is going to have to be filed by the 31st and they have to appear here on the 5th at three.

MR. DEVANI: Your Honor, also like, you know, all these issues arose because of my health issue. The Desiderio's just won the lottery here essentially because essentially they dusted the eyes of the law here because ultimately what happened was that because of my health, my father obviously was not concernced with business, was not concerned with other things. He was trying to make me better because I did have health issues. I had a benign brain tumor like when I was 15. I do have hydrocephalus from time to time.

THE COURT: This long predates anything that we're talking about here.

MR. DEVANI: No, of course. All this emanates from that because my father was not paying attention to the Desiderio's and what they were doing, the shennanigans that they were pulling.

THE COURT: I'm not interested in going any further down this path.

MR. DEVANI: Okay.

THE COURT: I'm going to issue an order with -- that sets this schedule. So this is your -- if you don't get a lawyer you're going to be -- you're going to have to represent yourself. If you don't know how to do that you're just going to have to bear the consequences of that. Understood?

MR. DEVANI: Okay.

THE COURT: You have other -- you're going to have to look for other resources. You can talk to Mrs. Cantor, see whether there's a low cost -- a low cost or free lawyer who would be able to represent you. You can see if you can hire a lawyer. That's probably the better course of action. If you can't, if you can't or don't or choose not to you're going to ave represent yourself. This case is not going away based upon what you're standing here telling me. Do you understand what I'm saying?

MR. DEVANI: Yes.

THE COURT: Coming in here and giving me your side of the story, that means nothing. It advances the ball not at all. You have to respond -- litigate -- the way litigation works is people file papers that sets out their position. Then they exchange information. Then there's a trial at which there's testimony given. You coming in here and just telling me means nothing. Understood? It's interesting. It's background information. You're telling me things that you've told me before but it is not going to achieve any kind of relief for you. This case is not going to go away based upon that. It's not going to get resolved in that fashion.

MR. DEVANI: All right, Your Honor. And also just that mediation portion of it is that --

THE COURT: I would think about the possibility of mediation but I think you need to have a lawyer.

MR. DEVANI: All right. Thank you, Your Honor.

THE COURT: Okay. Thanks.

(Proceeding concluded at 2:08 p.m.)

I, Shari Riemer, certify that the foregoing is a true and correct transcript from an electronic sound recording of the proceedings in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 27th day of July, 2014

____________________________________

Shari Riemer

# Keyword Index


## $

**$12,400.00** [1] **6:**12
**$12,500.00** [1] **8:**12
**$25,000.00** [1] **8:**11
**$27,000.00** [1] **13:**16
**$500.00** [1] **6:**3

## 1

**1** [1] **1:**18
**1:48** [2] **1:**23 **2:**1
**10** [1] **1:**23
**11040** [1] **1:**32
**12,500** [1] **6:**7
**12866** [1] **1:**38
**13-45106** [1] **5:**5
**15** [1] **15:**9
**18** [1] **1:**31

## 2

**2:08** [1] **17:**3
**2014** [2] **1:**23 **18:**6
**211** [1] **1:**37
**23** [1] **2:**3
**24** [1] **2:**3
**25** [1] **2:**3
**26** [1] **2:**3
**27** [1] **2:**3
**27th** [1] **18:**6

## 3

**31** [1] **1:**16
**31st** [2] **14:**8,24

## 5

**518-581-8973** [1] **1:**39
**5th** [3] **11:**12 **14:**12,25

## 7

**7** [1] **1:**19

## A

**able** [2] **12:**2 **16:**4
**above-entitled** [1] **18:**3
**account** [1] **6:**22
**achieve** [1] **16:**19
**action** [1] **16:**5
**actively** [1] **2:**5
**actual** [1] **12:**24
**actually** [3] **5:**17 **9:**2 **13:**18
**address** [2] **8:**7 **13:**12
**advances** [1] **16:**12
**adversary** [1] **5:**10
**afford** [1] **9:**15
**afterwards** [1] **12:**2
**ago** [2] **10:**10,18
**agree** [1] **8:**11
**agreement** [2] **3:**22,22
**ahead** [1] **7:**19
**already** [3] **3:**18 **11:**12 **13:** 8
**ammoniated** [1] **13:**16
**anybody** [1] **6:**2
**appear** [1] **14:**24
**appearance** [2] **5:**13 **11:** 12
**appearances** [1] **1:**25
**appease** [1] **11:**5
**appeased** [1] **11:**6
**appointed** [1] **9:**17
**appointment** [4] **3:**9 **12:**4, 16,17
**approach** [1] **4:**1
**arose** [1] **15:**2
**around** [2] **3:**19 **9:**18
**assistance** [1] **9:**25
**associates** [1] **1:**30
**attend** [1] **11:**17
**attention** [1] **15:**14
**attorney** [24] **2:**4,6,16,17 **3:** 14 **4:**10 **5:**15 **6:**1,10,14,17, 21 **9:**5,11,13,16,17 **11:**8 **13:** 13 **14:**10,22,22,23,23
**attorneys** [2] **11:**13 **12:**19
**august** [1] **14:**12
**available** [1] **12:**15
**ave** [1] **16:**7
**avenue** [1] **1:**31
**away** [3] **4:**19 **16:**7,20
**axe** [1] **10:**11

## B

**back** [2] **6:**2,3
**background** [1] **16:**18
**ball** [1] **16:**12
**bankruptcy** [1] **1:**22
**bare** [1] **9:**14
**barely** [1] **4:**13
**based** [2] **16:**7,20
**bear** [1] **15:**24
**bedford** [1] **1:**31
**began** [1] **2:**1
**behind** [1] **8:**9
**believe** [1] **12:**24
**benign** [1] **15:**8
**better** [3] **2:**24 **15:**7 **16:**5
**big** [1] **7:**17
**bill** [1] **13:**13
**both** [1] **11:**22
**bother** [1] **4:**25
**brain** [1] **15:**8
**brooklyn** [1] **1:**24
**burden** [1] **11:**4
**business** [17] **2:**10,11,21, 23 **3:**2 **8:**14,16 **9:**23 **10:**20 **11:**24 **12:**9 **13:**18,19,20,21, 24 **15:**6

## C

**calendar** [1] **2:**2
**calling** [1] **2:**2
**came** [2] **3:**6 **8:**21
**cantor** [3] **9:**16,21 **16:**2
**care** [4] **2:**12,13 **3:**4,6
**carla** [1] **1:**21
**case** [13] **1:**16 **2:**2 **3:**16 **4:** 20 **5:**4 **6:**4,19 **9:**3 **11:**23 **12:** 18,19 **16:**7,20
**casually** [1] **7:**17
**category** [1] **9:**24
**cavalier** [1] **7:**22
**certify** [1] **18:**1
**choose** [1] **16:**6
**citing** [2] **7:**12,12
**city** [1] **1:**32
**claimed** [1] **13:**22
**clear** [2] **4:**6 **5:**19
**cleared** [1] **3:**2
**clerk** [2] **2:**2 **5:**5
**client** [2] **5:**24 **13:**13
**client's** [1] **13:**2
**college** [1] **10:**20
**come** [3] **5:**20 **8:**19 **12:**1
**comes** [1] **9:**6
**coming** [4] **12:**7,8 **16:**11, 16
**compel** [5] **1:**19 **5:**11 **12:** 23 **14:**7,16
**complaint** [1] **1:**18
**complete** [1] **3:**13
**concentrate** [3] **2:**22,25 **12:**3
**concern** [1] **4:**3
**concerncned** [1] **15:**6
**concerned** [3] **5:**16 **9:**7 **15:**7
**concluded** [1] **17:**3
**conference** [1] **18:**5
**conformance** [1] **18:**4
**consequences** [2] **9:**15 **15:**24
**consider** [1] **11:**2
**context** [1] **14:**18
**continue** [1] **9:**11
**conveyance** [4] **13:**22,24 **14:**2,4
**conveyances** [1] **7:**5
**correct** [2] **5:**12 **18:**2
**cost** [4] **6:**1 **9:**18 **16:**3,3
**costs** [1] **5:**23
**couldn't** [1] **8:**18
**counsel** [5] **5:**16,17,18 **10:** 3 **13:**2
**course** [6] **10:**8,8 **13:**12,16 **15:**13 **16:**5
**court** [65] **2:**4,7,12,15,24 **3:** 3,6,11,18,23 **4:**2,9,11,14,18, 23 **5:**2,6,9,20,25 **6:**11,13, 15,21,23,24 **7:**2,9,16 **8:**1,4, 16,20,21,24 **9:**2,13,21 **10:**2, 6,14,22,25 **11:**7,15,19 **12:**6, 10,13,16,22 **13:**5,8 **14:**1,6, 12,21 **15:**11,17,20 **16:**1,11, 24 **17:**2
**craig** [1] **1:**21

# Keyword Index


**creditor** [2] **1:**28 **5:**7
**cross** [1] **1:**19
**cruelty** [2] **4:**1,2

## D

**d&f** [1] **1:**30
**dad** [1] **13:**20
**dated** [1] **18:**6
**day** [5] **3:**10 **12:**5,12,13 **18:**6
**debt** [1] **13:**16
**debtor** [2] **1:**5,26
**demanding** [1] **11:**23
**denied** [3] **7:**5,7 **8:**23
**depends** [1] **12:**14
**depositions** [2] **5:**13,18
**desiderio** [19] **1:**8,18,29 **5:**7,7,8,12 **6:**12,16,25 **7:**3,7 **10:**19 **11:**10 **12:**24 **13:**11,21 **14:**15,19
**desiderio's** [6] **5:**23 **6:**7 **8:**23 **14:**7 **15:**3,15
**detail** [1] **14:**13
**determination** [1] **7:**1
**devani** [66] **1:**4,14,18,27 **2:**2,4,5,9,14,20 **3:**1,5,8,15,20,25 **4:**6,12,17,22 **5:**1,14,22 **6:**3,19 **7:**3,6,10,15,25 **8:**2,7,17,25 **9:**10,19 **10:**1,4,8,17,24 **11:**1,9,11,14,16,21 **12:**7,12,14,17 **13:**2,6,10,12,15 **14:**5,11,20 **15:**1,13,19,25 **16:**10,22 **17:**1
**devani's** [2] **6:**13,17
**direct** [1] **14:**7
**directed** [1] **6:**24
**direction** [1] **9:**9
**discharge** [1] **7:**18
**discovery** [3] **3:**13 **14:**13,16
**discuss** [1] **3:**16
**discussed** [1] **9:**18
**discussion** [2] **3:**18,19
**dismiss** [1] **1:**16
**distracted** [2] **4:**24 **11:**15
**distress** [4] **9:**1,8 **10:**13,15
**documentation** [2] **2:**10 **3:**20
**doing** [4] **4:**8,24 **12:**9 **15:**15
**done** [1] **9:**5
**down** [5] **10:**4 **11:**24 **12:**2,20 **15:**18
**dragging** [1] **2:**19
**due** [1] **8:**13
**dusted** [1] **15:**4

## E

**either** [5] **2:**15,18 **3:**13,14 **9:**13
**electronic** [2] **1:**33 **18:**2
**email** [1] **3:**21
**emanated** [1] **14:**20
**emanates** [1] **15:**13
**end** [4] **7:**17,17,18 **8:**13
**entered** [1] **7:**4
**entitled** [5] **4:**3,4,4,5,7
**error** [1] **5:**1
**escrow** [8] **6:**8,11,13,21,25 **8:**3,4,5
**esq** [1] **1:**29
**essentially** [2] **15:**3,4
**exchange** [1] **16:**15
**expect** [1] **10:**25
**explaining** [1] **7:**12
**extend** [1] **1:**17
**extension** [2] **8:**21,21
**eyes** [1] **15:**4

## F

**fact** [1] **14:**2
**facts** [1] **7:**13
**failing** [1] **13:**20
**family** [2] **8:**22 **12:**8
**fashion** [1] **16:**21
**father** [10] **10:**19,19,20 **13:**16,17,24 **14:**2,3 **15:**6,14
**favor** [1] **6:**16
**favorable** [1] **13:**19
**feeling** [1] **4:**16
**feelings** [1] **4:**15
**fees** [2] **13:**3,14
**feinsilver** [4] **3:**9 **9:**12 **12:**4 **14:**22
**fellow's** [1] **11:**17
**figure** [1] **10:**2
**file** [5] **7:**11 **8:**8 **14:**10,22 **16:**14
**filed** [7] **6:**19 **9:**4 **12:**22 **14:**8,9,10,24
**filing** [1] **8:**9
**financial** [5] **2:**9 **8:**14 **9:**8 **10:**13,15
**financially** [2] **9:**1 **11:**4
**find** [1] **12:**3
**fine** [2] **14:**19,22
**following** [1] **7:**20
**foregoing** [1] **18:**1
**format** [1] **18:**4
**forward** [1] **4:**21
**frame** [1] **3:**12
**fraudulent** [5] **7:**5 **13:**22,23 **14:**2,4
**free** [2] **9:**24 **16:**3
**friends** [2] **8:**22 **12:**8
**funds** [6] **2:**22 **8:**18,19,20,22 **12:**1
**further** [1] **15:**17
**future** [1] **11:**20

## G

**garden** [1] **1:**32
**gave** [2] **6:**1,3
**get-go** [1] **3:**17
**getting** [1] **9:**11
**give** [2] **6:**9 **12:**10
**given** [2] **2:**8 **16:**16
**giving** [1] **16:**11
**got** [1] **11:**15
**gotten** [1] **13:**8
**granted** [1] **8:**21
**greed** [2] **4:**7,8
**grind** [1] **10:**11
**guess** [1] **9:**10
**guessing** [1] **10:**15
**guys** [1] **3:**23

## H

**handle** [1] **14:**16
**happened** [3] **5:**2 **10:**16 **15:**5
**happens** [1] **9:**2
**head** [1] **9:**6
**heading** [1] **7:**23
**health** [3] **15:**2,5,8
**hear** [1] **3:**3
**hearing** [1] **14:**17
**held** [2] **5:**15 **6:**11
**help** [1] **14:**3
**helping** [6] **10:**18,19,20 **13:**24 **14:**1,3
**hire** [1] **16:**4
**hired** [1] **6:**2
**hold** [1] **5:**18
**honestly** [1] **3:**7
**honor** [21] **5:**22 **6:**5,6 **7:**25 **8:**2,8 **10:**8 **11:**9,10,18,21 **13:**2,10,11,12,15 **14:**19,20 **15:**1 **16:**22 **17:**1
**honorable** [1] **1:**21
**house** [1] **13:**18
**however** [2] **6:**18 **10:**15
**hurdle** [1] **8:**14
**hydrocephalus** [1] **15:**9

## I

**importance** [1] **11:**18
**improving** [1] **13:**23
**incurred** [1] **5:**25
**incurring** [1] **5:**23
**indicated** [1] **11:**11
**information** [2] **16:**15,18
**initial** [1] **3:**22
**intent** [1] **14:**3
**intention** [1] **2:**21
**intentions** [1] **8:**25
**interested** [3] **12:**19 **14:**17 **15:**17
**interesting** [1] **16:**17
**interrogatories** [1] **5:**12
**involved** [2] **4:**13 **11:**8
**involvement** [1] **10:**21
**isn't** [1] **14:**9
**issue** [6] **2:**10,21 **3:**2 **11:**24

# Keyword Index


15:2,20
**issues** [6] **2:**13 **3:**6 **8:**15,16 **15:**2,8
**items** [1] **14:**13

## J

**john** [5] **1:**8,18,29 **5:**7,7
**judge** [5] **1:**22 **6:**13,24 **7:**5,7
**judgment** [2] **7:**3,4
**judicial** [1] **18:**5
**july** [3] **1:**23 **14:**8 **18:**6
**june** [1] **11:**12

## K

**keep** [3] **9:**3,3,3
**kind** [2] **7:**9 **16:**19
**knowledge** [1] **13:**17

## L

**large** [1] **12:**20
**last** [8] **2:**5 **3:**19 **5:**14 **7:**18 **9:**18 **10:**9 **11:**2,11
**law** [2] **7:**12 **15:**4
**lawyer** [6] **4:**25 **12:**3 **15:**22 **16:**3,5,25
**lawyers** [2] **2:**23 **11:**23
**learn** [1] **4:**15
**least** [1] **6:**9
**left** [2] **8:**17,17
**legal** [5] **5:**23 **6:**1 **9:**24 **13:**3,14
**life** [2] **2:**13 **7:**19
**litigate** [1] **16:**13
**litigation** [3] **4:**3,18 **16:**13
**live** [1] **4:**14
**livelihood** [1] **11:**20
**living** [1] **11:**16
**llp** [1] **1:**30
**long** [1] **15:**11
**look** [3] **2:**23 **9:**20 **16:**2
**losing** [1] **7:**17
**lot** [5] **2:**8,11 **6:**5 **11:**23 **13:**4
**lottery** [1] **15:**3
**low** [2] **16:**3,3
**lump** [1] **8:**13

## M

**made** [2] **7:**9 **12:**17
**manner** [2] **7:**22 **11:**5
**matter** [1] **18:**3
**matters** [1] **5:**19
**mean** [7] **9:**10,11 **10:**12 **11:**17 **12:**14 **13:**7 **14:**3
**means** [2] **16:**12,17
**mediation** [4] **10:**10 **11:**2 **16:**23,25
**mentioned** [4] **5:**14 **9:**19 **10:**9,18
**met** [2] **2:**5 **10:**10
**milton** [1] **1:**37
**moment** [1] **8:**19
**money** [14] **6:**2,5,9,9,17,18,20 **7:**8 **8:**3,4 **10:**11 **11:**24 **12:**6,8
**month** [3] **6:**18 **10:**10,18
**motion** [24] **1:**16,16,17,19,19,20 **5:**10 **6:**14,16 **7:**1,2,7,8,9,12 **8:**6,8,9 **12:**23,23,25 **13:**1 **14:**7,16
**much** [2] **10:**11 **13:**9

## N

**name** [3] **13:**19,21,25
**need** [7] **4:**9 **9:**21 **11:**7,8 **13:**7 **14:**21 **16:**25
**needed** [1] **8:**19
**needs** [3] **8:**5 **11:**18,19
**new** [4] **1:**24,32,38 **6:**2
**nobody** [1] **7:**9
**none** [1] **7:**6
**nothing** [4] **9:**5,5 **16:**12,17
**number** [2] **2:**3 **5:**4

## O

**obtained** [1] **8:**10
**obviously** [7] **5:**2,24 **10:**10 **11:**17 **13:**15,23 **15:**6
**okay** [17] **2:**7,14 **3:**5,15 **5:**9 **6:**15,23 **8:**8 **10:**4 **11:**9 **12:**10,22 **14:**5,11 **15:**19,25 **17:**2
**once** [3] **3:**2 **8:**10 **12:**1
**one** [2] **2:**18 **13:**20
**opened** [2] **13:**20,24
**opposition** [2] **1:**19 **12:**25
**order** [1] **15:**20
**ordered** [1] **6:**12
**originally** [1] **6:**8
**other** [8] **2:**13,18 **4:**25 **5:**19 **11:**15 **15:**7 **16:**1,2
**out** [10] **2:**19 **3:**24 **8:**5 **10:**2,19,20 **12:**8 **13:**24 **14:**2 **16:**14
**outcome** [1] **7:**23
**outstanding** [1] **14:**13
**over** [6] **6:**17,18 **7:**1 **8:**12,12 **14:**13
**own** [2] **9:**14,23

## P

**p.m** [3] **1:**23 **2:**1 **17:**3
**page** [2] **5:**4 **18:**4
**papers** [2] **7:**12 **16:**14
**part** [1] **13:**22
**partner** [1] **8:**17
**path** [1] **15:**18
**pay** [4] **6:**9 **8:**12 **10:**3 **12:**6
**paying** [1] **15:**14
**payment** [3] **8:**13 **11:**24 **12:**20
**pending** [1] **6:**14
**people** [1] **16:**14
**period** [2] **4:**25 **7:**21
**person** [1] **7:**19
**persuade** [1] **4:**20
**place** [1] **4:**11
**placed** [2] **6:**13,25
**plaintiff** [1] **1:**10
**please** [1] **5:**4
**point** [2] **7:**8 **11:**13
**portion** [1] **16:**23
**position** [1] **16:**14
**possibility** [2] **9:**20 **16:**24
**possible** [1] **10:**12
**precarious** [1] **12:**21
**precise** [1] **8:**19
**predates** [1] **15:**11
**preliminaries** [1] **3:**16
**present** [1] **6:**19
**presently** [1] **5:**16
**previous** [2] **5:**15,17
**pro** [1] **1:**27
**probably** [3] **2:**24 **10:**14 **16:**5
**proceeding** [2] **5:**10 **17:**3
**proceedings** [3] **1:**33 **2:**1 **18:**3
**processing** [1] **1:**36
**produced** [1] **1:**34
**prohibited** [1] **6:**20
**proof** [1] **7:**13
**propped** [3] **2:**10,21 **11:**25
**proved** [1] **7:**6
**provide** [1] **14:**14
**providing** [2] **7:**13 **14:**15
**pulling** [1] **15:**16
**purchased** [1] **13:**18
**put** [4] **9:**1,8 **10:**12,14
**puts** [1] **9:**23

## Q

**qualify** [3] **9:**17,22,24
**question** [1] **11:**19

## R

**re** [1] **1:**2
**really** [4] **2:**12 **4:**10,12 **10:**21
**reason** [1] **8:**9
**recently** [1] **3:**8
**recorded** [1] **1:**33
**recording** [2] **1:**33 **18:**2
**reduce** [1] **11:**4
**regulations** [1] **18:**4
**relief** [1] **16:**20
**relieved** [1] **13:**1
**repeating** [1] **10:**22
**reply** [1] **12:**25
**represent** [4] **2:**17 **15:**22 **16:**4,7
**representing** [1] **5:**24
**request** [1] **3:**13
**resolution** [1] **6:**14

# Keyword Index


**resolved** [3] **6:**16 **13:**17 **16:**21
**resources** [1] **16:**2
**respond** [1] **16:**13
**response** [3] **5:**12 **12:**22 **14:**7
**responses** [1] **3:**13
**richard** [1] **3:**9
**riemer** [2] **1:**35 **18:**7
**road** [2] **1:**37 **10:**4
**room** [1] **3:**15

## S

**same** [1] **2:**23
**sanctions** [2] **1:**17 **14:**17
**saratoga** [1] **1:**38
**saying** [4] **4:**22 **6:**23 **8:**2 **16:**9
**schedule** [2] **14:**14 **15:**21
**school** [1] **13:**13
**scramble** [1] **2:**22
**se** [1] **1:**27
**seal** [1] **1:**20
**searching** [1] **2:**6
**see** [5] **9:**17 **12:**11 **14:**12 **16:**2,4
**sell** [1] **13:**25
**sent** [1] **3:**21
**service** [2] **1:**34,36
**set** [2] **3:**11 **14:**14
**sets** [2] **15:**21 **16:**14
**settled** [2] **6:**8 **12:**1
**settlement** [5] **3:**21,22,23 **8:**10,11
**several** [2] **11:**12 **12:**18
**shari** [2] **1:**35 **18:**7
**shennanigans** [1] **15:**15
**short** [2] **11:**11 **12:**11
**show** [2] **3:**25 **14:**21
**showing** [1] **3:**21
**shows** [1] **2:**11
**side** [1] **16:**11
**sides** [1] **11:**15
**since** [1] **2:**5
**situation** [4] **4:**13 **12:**21 **13:**6,21
**sold** [2] **13:**17,18
**somebody** [1] **8:**5
**somehow** [3] **4:**20,24 **9:**7
**sometimes** [1] **14:**1
**son** [3] **5:**24 **10:**18 **13:**3
**sooner** [1] **10:**6
**sort** [1] **8:**9
**sought** [1] **7:**4
**sound** [2] **1:**33 **18:**2
**spoke** [5] **3:**8 **9:**12 **12:**4,18,19
**spoken** [1] **11:**12
**springs** [1] **1:**38
**sr** [1] **5:**8
**stand** [2] **4:**19 **7:**10
**standing** [1] **16:**8
**stands** [2] **5:**9,10
**state** [3] **6:**12,21,23
**states** [2] **1:**22 **18:**5
**stay** [1] **6:**20
**still** [2] **6:**21 **11:**3
**story** [1] **16:**12
**student** [1] **10:**21
**stuff** [1] **7:**11
**substantial** [1] **7:**21
**substantively** [1] **5:**3
**suggested** [1] **5:**18
**sum** [1] **8:**11
**sump** [1] **8:**13

## T

**table** [1] **11:**3
**tackle** [1] **11:**22
**talked** [1] **7:**18
**terms** [1] **8:**11
**testimony** [1] **16:**16
**thanks** [1] **17:**2
**therefore** [3] **6:**19 **13:**5,5
**there's** [4] **9:**17 **16:**3,15,16
**thinking** [2] **10:**9 **14:**6
**though** [2] **4:**12 **9:**4
**three** [2] **8:**22 **14:**25
**thursday** [1] **1:**23
**today** [4] **3:**9,16 **4:**24 **12:**11
**tolerate** [1] **4:**16
**tomorrow** [1] **3:**10
**total** [1] **8:**12
**transcript** [4] **1:**16,34 **18:**2,4
**transcription** [1] **1:**34
**treat** [1] **7:**21
**treating** [2] **7:**16 **9:**3
**trial** [1] **16:**15
**true** [1] **18:**1
**trying** [9] **2:**22,22,23 **4:**6 **11:**16,22,25 **12:**3 **15:**7
**tumor** [1] **15:**8
**turn** [1] **6:**18
**turned** [2] **6:**17 **7:**1
**two** [7] **3:**10 **8:**12,12 **12:**2,5,12,13
**type** [1] **4:**10
**typewrite** [1] **1:**36

## U

**ultimately** [3] **9:**10 **10:**7 **15:**5
**under** [3] **13:**19,21,25
**understand** [17] **2:**9,20 **3:**1,1,15,20 **4:**17 **6:**4,5 **7:**14,25 **10:**17 **11:**18,21,22 **13:**10 **16:**8
**understood** [2] **15:**24 **16:**17
**unfortunately** [2] **12:**9 **13:**6
**united** [2] **1:**22 **18:**5
**until** [2] **5:**18 **6:**18
**up** [16] **2:**10,21 **3:**2,6,24 **7:**10,17,17,18 **8:**19,21 **11:**25 **12:**7,8 **13:**24 **14:**21
**upset** [2] **4:**15,16
**upsetting** [1] **4:**12

## V

**vacate** [2] **7:**3,4
**vendors** [2] **13:**19,25
**viki** [5] **1:**4,14,18,27 **2:**2

## W

**waited** [1] **6:**18
**walk** [1] **9:**4
**wants** [1] **8:**5
**way** [3] **7:**16,20 **16:**13
**week** [1] **12:**2
**weeks** [1] **8:**22
**whatever** [3] **9:**6,15 **11:**5
**wherever** [1] **10:**15
**whether** [1] **16:**3
**whole** [1] **7:**19
**will** [7] **8:**7 **14:**8,9,12,13,14,14
**withdraw** [2] **1:**20 **5:**16
**withdrew** [1] **6:**1
**without** [1] **8:**18
**won** [1] **15:**3
**wondering** [1] **11:**3
**word** [1] **1:**36
**work** [1] **3:**24
**working** [2] **9:**11 **13:**14
**works** [1] **16:**14
**worry** [2] **13:**4,4

## Y

**years** [2] **8:**12,13
**york** [3] **1:**24,32,38
**young** [1] **7:**19
**yourself** [7] **2:**15,16,17,18 **7:**12 **15:**23 **16:**7
**yourselves** [1] **10:**14